Edwin Mintram, Respondent, v. The New York, Ontario and Western Railroad Company, Appellant.— Motion denied.  Present — Hirschberg, P. J., Bartlett, Woodward, Jenks and Miller, JJ.

Julius Bloom, Respondent, v. Paul Hammer and Others, Appellants.— Judgment of the Municipal Court affirmed, with costs.  No opinion.  Hirschberg, P. J., Bartlett, Woodward, Hooker and Miller, JJ., concurred,

In the Matter of John Hill.— Order reversed and petitioner discharged upon the opinion in *People ex rel. Silz* v. *Hesterberg* (*ante*, p. 295).  Hirschberg, P. J., Woodward and Rich., JJ., concurred ; Jenks and Miller, JJ., dissented.

Georgia W. Osborne, Respondent, v. William A. Whiting and George W. Oakley, as Executors, etc., of Jane Delano, Deceased, Appellants.— Judgment and order affirmed, with costs.  No opinion.  Bartlett, Woodward, Hooker and Miller, JJ., concurred.

Philip Alish, Respondent, v. Max Hirsch and Samuel Hirsch, Appellants.— Motion denied.  Present — Bartlett, Jenks, Hooker, Rich and Miller, JJ.

Catherine Bender, Appellant, v. Philipp Paulus and Another, Respondents.— Motion for reargument denied.  Motion for leave to appeal to the Court of Appeals granted.  Present — Bartlett, Jenks, Hooker, Rich and Miller, JJ

William E. Bird, Jr., Plaintiff, v. Edward M. Grout, as Comptroller of the City of New York, and Benjamin May, Defendants.— Motion granted.  Present — Bartlett Jenks, Hooker, Rich and Miller, JJ.

Michael Brennan, Respondent, v. Malloy, Rexford & Company, Appellants.— Motion denied.  Present: Bartlett, Jenks, Hooker, Rich and Miller, JJ.

Charles G. Davidson, as Receiver, etc., Appellant, v. J. Sheridan Wells, as Sheriff of Suffolk County, Respondent.— Motion for reargument granted, and motion to dismiss appeal from order set down for the first day of the January term.  Present — Bartlett, Jenks, Hooker, Rich and Miller, JJ.

In the Matter of the Judicial Settlement of the Account of Amelia Gall, as Administratrix, etc.— Motion granted.  Present — Bartlett, Jenks, Hooker, Rich and Miller, JJ.

In the Matter of the Application of James S. McDonogh for Admission to the Bar.— Application granted.  Present — Hirschberg, P. J., Bartlett, Woodward, Jenks and Hooker, JJ.

In the Matter of the Application of Frank A. Sweezy for Admission to the Bar. — It should be made to appear that the Nebraska court in which the applicant has practiced for three years is the highest court of law in that State.  Present — Bartlett, Jenks, Hooker, Rich and Miller, JJ.

In the Matter of the Application of Arthur N. Wickwire for Admission to the Bar. — Application granted.  Present — Bartlett, Jenks, Hooker, Rich and Miller, JJ.

Josiah Mead, Respondent, v. William K. Hammond, Appellant, Impleaded with Others.— Motion granted.  Present — Bartlett, Jenks, Hooker, Rich and Miller, JJ.

Hedwig Shaul and Fayette Getman, as Executors, etc., Respondents, v. The Board of Education of the City of New York, Appellant.— Motion denied. Present — Bartlett, Jenks, Hooker, Rich and Miller, JJ.

Samuel Tierstein, Respondent, v. Max Glassberg, Appellant.— Leave to withdraw motion granted, without costs.  Present — Bartlett, Jenks, Hooker, Rich and Miller, JJ.

Ira Leo Bamberger, Respondent, v. American Surety Company of New York, Appellant.— Interlocutory judgment overruling demurrer to the complaint affirmed, with costs, on the opinion of Mr. Justice Garretson at Special Term. (Reported in 48 Misc. Rep. 221.)  Hirschberg, P. J. Bartlett, Jenks, Hooker and Miller, JJ., concurred.

Franklin B. Lord, Respondent, v. The Equitable Life Assurance Society of the United States, Appellant, Impleaded with Alfonso De Navarro and Others, Respondents.— Order granting preliminary injunction affirmed, with ten dollars costs and disbursements, on the opinion upon the appeal from the interlocutory judgment (*ante*, p. 252).  Bartlett, Woodward, Rich and Miller, JJ., concurred; Hooker, J., dissented.